UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>MOISES VASQUEZ-PORTES,<br>Defendant. | INDICTMENT<br><br>CRIM. NO. 12-131 (FAB)<br><br>VIOLATIONS:<br>18 U.S.C. § 1715<br><br>FORFEITURE:<br>18 U.S.C. § 924(d)(1)<br>28 U.S.C. § 2461(c)<br><br>(ONE COUNT & FORFEITURE) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
(Title 18, United States Code, Section 1715)

On or about February 7, 2012, in the District of Puerto Rico, and within the jurisdiction of this Court,

**MOISES VASQUEZ-PORTES,**

the defendant herein, did knowingly mail, deliver and/or cause to be delivered by mail according to the direction thereon, and at any place to which it is directed to be delivered by the person to whom it is addressed, firearms declared nonmailable by Title 18, United States Code, Section 1715, that is: one (1) Glock .40 caliber, model 23 handgun bearing serial number FLY711; one (1) Taurus Millennium PT 145 Pro, .45 caliber handgun bearing serial number NBV61612; and three (3) magazines with fourteen (14) rounds of .40 caliber ammunition. All in violation of Title 18, United States Code, Section 1715.

**FIREARMS FORFEITURE ALLEGATION**
(Title 18, United States Code, Section 924(d)(1) &
Title 28, United States Code, Section 2461(c))

1. The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense, in violation of Title 18, United States Code, Section

1715, set forth in Count One of this Indictment,

**MOISES VASQUEZ-PORTES,**

the defendant herein, shall forfeit to the United States pursuant to Title 18, <u>United States Code</u>, Section 924(d)(1) and Title 28, <u>United States Code</u>, Section 2461(c), any firearm and ammunition involved or used in the knowing commission of the offense, including, but not limited to: one (1) Glock .40 caliber, model 23 handgun bearing serial number FLY711, one (1) Taurus Millennium PT 145 Pro, .45 caliber handgun bearing serial number NBV61612, and three (3) magazines with fourteen (14) rounds of .40 caliber ammunition. If any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, <u>United States Code</u>, Section 853(p), as incorporated by Title 28, <u>United States Code</u>, Section 2461(c). All pursuant to Title 18, <u>United States Code</u>, Section 924(d) and Title 28, <u>United States Code</u>, Section 2461(c).

TRUE BILL

**ROSA EMILIA RODRIGUEZ-VELEZ**
UNITED STATES ATTORNEY

_____
José A. Ruiz
Assistant U.S. Attorney
Chief, Criminal Division

_____
Marcela C. Mateo
Assistant U.S. Attorney

FOREPERSON
Date: 28 FEB. 2012

_____
Warren Vazquez
Assistant U.S. Attorney
Chief, Violent Crimes Unit

2